Susan D. Pitchford, OSB No. 980911
E-mail: sdp@chernofflaw.com
Kevin L. Russell, OSB 934855
E-mail: kevin@chernofflaw.com
CHERNOFF VILHAUER LLP
601 SW Second Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 227-5631

Attorneys for Plaintiff Really Right Stuff, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REALLY RIGHT STUFF, LLC,<br><br>     Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.; B&H FOTO &<br>ELECTRONICS CORP.; DESMOND<br>PHOTOGRAPHIC DISTRIBUTORS,<br>INC. d/b/a OEC CAMERA<br>ACCESSORIES; and JOHN<br>SIMMONDS, an individual,<br>    Defendants. | Case No. 3:15-cv-02221-AC<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR PARTIAL DISMISSAL<br>OF ACTION<br><br><br>PATENT CASE |

PURSUANT TO STIPULATION BETWEEN PARTIES, IT IS HEREBY

ORDERED THAT:

    1.   Plaintiff Really Right Stuff, LLC's ("RRS") claim against all Defendants for

infringement of the '037 patent is dismissed without prejudice in its entirety;

    2.   RRS' claim against all Defendants for infringement of the '397 Patent is

dismissed without prejudice as it relates to the SIRUI PA-20 product only.

1– ORDER GRANTING STIPULATED MOTION FOR PARTIAL DISMISSAL OF ACTION

3.   All other claims against the defendants in this action are unaffected and shall remain pending.

DATED _____,
2016

Hon. John V. Acosta
United States Magistrate Judge